

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re HDJ Construction, LLC,　　　　* Original Mandamus Proceeding

No. 11-24-00226-CV　　　　　　　 * September 19, 2024

　　　　　　　　　　　　　　　 * Memorandum Opinion by Bailey, C.J.
　　　　　　　　　　　　　　　　 (Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　 Trotter, J., and Williams, J.)

This court has considered HDJ Construction, LLC's motion to dismiss its petition for writ of mandamus and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed. We further dismiss any other pending motions as moot, and we also withdraw our order dated August 19, 2024, staying the proceedings in the trial court.